**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:                                                                CASE NO.: 22-13283-mdc
                                                                                              CHAPTER 13

**Claudia A. Nesmith,**
**Debtor.**

_____ /

**PRAECIPE TO WITHDRAW MOTION FOR RELIEF FROM STAY**

      **PLEASE TAKE NOTICE THAT**, on behalf of PHH Mortgage Corporation ("Secured Creditor"), the undersigned hereby withdraws the following document:

**Motion for Relief From Automatic Stay (Doc.: DOC 37), filed on September 26, 2023.**

                                                   By: /s/ Michelle L. McGowan
                                                   Michelle L. McGowan, Esq.
                                                   Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                   PA I.D 62414
                                                   13010 Morris Rd, Suite 450
                                                   Alpharetta, GA 30004
                                                   Telephone: 470-321-7113
                                                   Email: mimcgowan@raslg.com
                                                   Attorney for Movant

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on <u>January 11, 2024</u> I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

**Claudia A. Nesmith**
7000 N 12th St
Philadelphia, PA 19126-2101

**MICHAEL I. ASSAD**
Cibik Law, P.C.
1500 Walnut St
Ste 900
Philadelphia, PA 19102

**MICHAEL A. CIBIK**
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

**KENNETH E. WEST**
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

**United States Trustee**
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

By: <u>/s/  Michelle L. McGowan</u>
Michelle L. McGowan, Esq.