## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| Claudia A. Nesmith,<br><br>*Debtor*. | Chapter 13<br>Case No. 22-13283 |

## Certificate of Service

I certify that on this date, I did cause a copy of the documents described below to be electronically served on all parties on the clerk's service list that are registered to receive notices through the CM/ECF system.

I further certify that on this date, I did cause a copy of the documents described below to be served for delivery by the United States Postal Service, via first class mail, postage prepaid to the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth here.

All priority and secured creditors not served have previously received a copy of the plan that treats their claims the same as this plan does.

- Modified Chapter 13 Plan
- Motion to Modify Plan After Confirmation
- Notice of Motion to Modify Plan After Confirmation, Response Deadline, and Hearing Date

Dated: June 19, 2024

Mike Assad (#330937)
Cibik Law, P.C
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
help@cibiklaw.com

## Mailing List Exhibit

Capital One Auto Finance
c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118