**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : |
| | : Bankruptcy No. 22-13283-AMC |
| Claudia A. Nesmith | : |
| | : |
|     Debtor. | : Chapter 13 |
| | : |
| Capital One Auto Finance, | : |
| a division of Capital One, N.A. | : |
| | : |
| Claimant/ Respondent | : |
| | : |

## <u>ORDER</u>

In consideration of the Debtor's objection to claim no. 3 and Capital One Auto Finance, a division of Capital One, N.A.'s response thereto, the Debtor's objection is overruled.