**CapitalOne**
Auto Finance

## Transaction History Report

*Date:* *9/5/2024*
*Time:* *9:43:16AM*

| Account # | ███████ | Borrower: CLAUDIA A NESMITH | Transaction Type: ALL | Transaction Level: ALL | From: 07/25/2018 | To: 09/05/2024 |

| Process Date | Seq | Interest | Principal | Misc1 | Balance | Effective Date | Tr.Code | Action/Field | Change Data | Misc3 N | Total | Int Adj | Desc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/22/2024 | 002 | | | | | 08/22/2024 | 29 | 900 | IEU  1,696.15 NEXT DUE 03/08/22 | | | | |
| 08/22/2024 | 001 | 333.29 | .00 | .00 | 20,333.08 | 08/22/2024 | 30 | A | | | 333.29 | .00 | ABRP |
| 07/31/2024 | 002 | | | | | 07/31/2024 | 29 | 900 | IEU  1,967.49 NEXT DUE 02/08/22 | | | | |
| 07/31/2024 | 001 | 333.29 | .00 | .00 | 20,333.08 | 07/31/2024 | 30 | A | | | 333.29 | .00 | ABRP |
| 06/26/2024 | 002 | | | | | 06/26/2024 | 29 | 900 | IEU  2,059.87 NEXT DUE 01/08/22 | | | | |
| 06/26/2024 | 001 | 333.29 | .00 | .00 | 20,333.08 | 06/26/2024 | 30 | A | | | 333.29 | .00 | ABRP |
| 05/23/2024 | 002 | | | | | 05/23/2024 | 29 | 900 | IEU  2,159.13 NEXT DUE 01/08/22 | | | | |
| 05/23/2024 | 001 | 333.29 | .00 | .00 | 20,333.08 | 05/23/2024 | 30 | A | | | 333.29 | .00 | ABRP |
| 04/24/2024 | 002 | | | | | 04/24/2024 | 29 | 900 | IEU  2,292.81 NEXT DUE 12/08/21 | | | | |
| 04/24/2024 | 001 | 333.29 | .00 | .00 | 20,333.08 | 04/24/2024 | 30 | A | | | 333.29 | .00 | ABRP |
| 03/26/2024 | 002 | | | | | 03/26/2024 | 29 | 900 | IEU  2,426.48 NEXT DUE 12/08/21 | | | | |
| 03/26/2024 | 001 | 333.29 | .00 | .00 | 20,333.08 | 03/26/2024 | 30 | A | | | 333.29 | .00 | ABRP |
| 02/28/2024 | 002 | | | | | 02/28/2024 | 29 | 900 | IEU  2,573.92 NEXT DUE 11/08/21 | | | | |
| 02/28/2024 | 001 | 333.29 | .00 | .00 | 20,333.08 | 02/28/2024 | 30 | A | | | 333.29 | .00 | ABRP |
| 01/30/2024 | 002 | | | | | 01/30/2024 | 29 | 900 | IEU  2,707.60 NEXT DUE 10/08/21 | | | | |
| 01/30/2024 | 001 | 333.28 | .00 | .00 | 20,333.08 | 01/30/2024 | 30 | A | | | 333.28 | .00 | ABRP |
| 01/02/2024 | 002 | | | | | 01/02/2024 | 29 | 900 | IEU  2,848.15 NEXT DUE 10/08/21 | | | | |
| 01/02/2024 | 001 | 140.44 | .00 | .00 | 20,333.08 | 01/02/2024 | 30 | A | | | 140.44 | .00 | ABRP |
| 10/26/2022 | 002 | | | | | 10/26/2022 | 29 | 900 | IEU  .00 NEXT DUE 09/08/21 | | | | |
| 10/26/2022 | 001 | 418.98 | 142.79 | .00 | 20,333.08 | 10/26/2022 | 30 | A | | | 561.77 | .00 | ABRP |
| 08/29/2022 | 002 | | | | | 08/29/2022 | 29 | 900 | IEU  15.84 NEXT DUE 08/08/21 | | | | |
| 08/29/2022 | 001 | 561.77 | .00 | .00 | 20,475.87 | 08/29/2022 | 30 | A | | | 561.77 | .00 | ABRP |
| 06/22/2022 | 003 | | | | | 06/22/2022 | 29 | 900 | IEU  104.97 NEXT DUE 07/08/21 | | | | |
| 06/22/2022 | 002 | 576.18 | .00 | .00 | 20,475.87 | 06/22/2022 | 30 | A | | | 576.18 | .00 | ABRP |
| 03/16/2022 | 003 | | | | | 03/16/2022 | 29 | 900 | IEU  .00 NEXT DUE 06/08/21 | | | | |
| 03/16/2022 | 002 | 134.82 | 426.95 | .00 | 20,475.87 | 03/16/2022 | 30 | A | | | 561.77 | .00 | ABRP |
| 02/25/2022 | 003 | | | | | 02/25/2022 | 29 | 900 | IEU  .00 NEXT DUE 05/08/21 | | | | |
| 02/25/2022 | 002 | 202.09 | 359.69 | .00 | 20,902.82 | 02/25/2022 | 30 | A | | | 561.78 | .00 | ABRP |

Exhibit C

**Transaction History Report**

*Date:* 9/5/2024
*Time:* 9:43:16AM

| Account # | | | Borrower: | CLAUDIA A NESMITH | | Transaction Type: | ALL | Transaction Level: | ALL | From: | 07/25/2018 | To: | 09/05/2024 |

| Process Date | Seq | Interest | Principal | Misc1 | Balance | Effective Date | Tr.Code | Action/Field | Change Data | Misc3 N | Total | Int Adj | Desc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/28/2022 | 003 | | | | | 01/28/2022 | 29 | 900 | IEU    .00 NEXT DUE 04/08/21 | | | | |
| 01/28/2022 | 002 | 277.93 | 283.84 | .00 | 21,262.51 | 01/28/2022 | 30 | A | | | 561.77 | .00 | ABRP |
| 12/21/2021 | 003 | | | | | 12/21/2021 | 29 | 900 | IEU    .00 NEXT DUE 03/08/21 | | | | |
| 12/21/2021 | 002 | 703.54 | 981.79 | .00 | 21,546.35 | 12/21/2021 | 30 | A | | | 1,685.33 | .00 | ABRP |
| 09/20/2021 | 003 | | | | | 09/20/2021 | 29 | 900 | IEU    .00 NEXT DUE 12/08/20 | | | | |
| 09/20/2021 | 002 | 479.81 | 643.73 | .00 | 22,528.14 | 09/20/2021 | 30 | A | | | 1,123.54 | .00 | ABRP |
| 07/21/2021 | 003 | | | | | 07/21/2021 | 29 | 900 | IEU    .00 NEXT DUE 10/08/20 | | | | |
| 07/21/2021 | 002 | 244.92 | 878.63 | .00 | 23,171.87 | 07/21/2021 | 30 | A | | | 1,123.55 | .00 | ABRP |
| 06/21/2021 | 003 | | | | | 06/21/2021 | 29 | 900 | IEU    .00 NEXT DUE 08/08/20 | | | | |
| 06/21/2021 | 002 | 272.66 | 289.11 | .00 | 24,050.50 | 06/21/2021 | 30 | A | | | 561.77 | .00 | ABRP |
| 05/19/2021 | 003 | | | | | 05/19/2021 | 29 | 900 | IEU    .00 NEXT DUE 07/08/20 | | | | |
| 05/19/2021 | 002 | 193.24 | 411.74 | .00 | 24,339.61 | 05/19/2021 | 30 | A | | | 604.98 | .00 | ABRP |
| 04/26/2021 | 003 | | | | | 04/26/2021 | 29 | 900 | IEU    .00 NEXT DUE 06/08/20 | | | | |
| 04/26/2021 | 002 | 1,159.16 | 569.38 | .00 | 24,751.35 | 04/26/2021 | 30 | A | | | 1,728.54 | .00 | ABRP |
| 03/16/2021 | 003 | | | | | 03/16/2021 | 29 | 900 | IEU    806.76 NEXT DUE 03/08/20 | | | | |
| 03/16/2021 | 002 | 561.77 | .00 | .00 | 25,320.73 | 03/16/2021 | 30 | A | | | 561.77 | .00 | ABRP |
| 03/01/2021 | 003 | | | | | 03/01/2021 | 29 | 900 | IEU    1,239.60 NEXT DUE 02/08/20 | | | | |
| 03/01/2021 | 002 | 518.57 | .00 | .00 | 25,320.73 | 03/01/2021 | 30 | A | | | 518.57 | .00 | ABRP |
| 10/20/2020 | 003 | | | | | 10/20/2020 | 29 | 900 | IEU    625.32 NEXT DUE 01/08/20 | | | | |
| 10/20/2020 | 002 | 2,912.15 | .00 | .00 | 25,320.73 | 10/20/2020 | 30 | A | | | 2,912.15 | .00 | ABRP |
| 10/16/2019 | 003 | | | | | 10/16/2019 | 29 | 900 | IEU    364.14 NEXT DUE 08/08/19 | | | | |
| 10/16/2019 | 002 | 100.00 | .00 | .00 | 25,320.73 | 10/16/2019 | 30 | A | | | 100.00 | .00 | EBOX |
| 08/23/2019 | 003 | | | | | 08/23/2019 | 29 | 900 | IEU    .00 NEXT DUE 08/08/19 | | | | |
| 08/23/2019 | 002 | 122.37 | 428.78 | .00 | 25,320.73 | 08/23/2019 | 30 | A | | | 551.15 | .00 | ACHP |
| 08/09/2019 | 003 | | | | | 08/09/2019 | 29 | 900 | IEU    .00 NEXT DUE 07/08/19 | | | | |
| 08/09/2019 | 002 | 265.13 | 286.02 | .00 | 25,749.51 | 08/09/2019 | 30 | A | | | 551.15 | .00 | ACHP |
| 07/10/2019 | 003 | | | | | 07/10/2019 | 29 | 900 | IEU    .00 NEXT DUE 06/08/19 | | | | |
| 07/10/2019 | 002 | 250.32 | 300.83 | .00 | 26,035.53 | 07/10/2019 | 30 | A | | | 551.15 | .00 | DBTP |
| 06/12/2019 | 003 | | | | | 06/12/2019 | 29 | 900 | IEU    .00 NEXT DUE 05/08/19 | | | | |
| 06/12/2019 | 002 | 199.31 | 351.84 | .00 | 26,336.36 | 06/12/2019 | 30 | A | | | 551.15 | .00 | MGEP |

**Transaction History Report**

*Date:* 9/5/2024

*Time:* 9:43:16AM

| Account # | ████████ | Borrower: | CLAUDIA A NESMITH | Transaction Type: | ALL | Transaction Level: | ALL | From: | 07/25/2018 | To: | 09/05/2024 |

| Process Date | Seq | Interest | Principal | Misc1 | Balance | Effective Date | Tr.Code | Action/Field | Change Data | Misc3 N | Total | Int Adj | Desc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/21/2019 | 003 | | | | | 05/21/2019 | 29 | 900 | IEU    .00 NEXT DUE 04/08/19 | | | | |
| 05/21/2019 | 002 | 189.66 | 85.34 | .00 | 26,688.20 | 05/21/2019 | 30 | A | | | 275.00 | .00 | MGEP |
| 05/10/2019 | 003 | | | | | 05/10/2019 | 29 | 900 | IEU    89.69 NEXT DUE 03/08/19 | | | | |
| 05/10/2019 | 002 | 275.00 | .00 | .00 | 26,773.54 | 05/10/2019 | 30 | A | | | 275.00 | .00 | MGEP |
| 04/10/2019 | 003 | | | | | 04/10/2019 | 29 | 900 | IEU    92.04 NEXT DUE 03/08/19 | | | | |
| 04/10/2019 | 002 | 551.00 | .00 | .00 | 26,773.54 | 04/10/2019 | 30 | A | | | 551.00 | .00 | MGEP |
| 03/13/2019 | 003 | | | | | 03/13/2019 | 29 | 900 | IEU    388.57 NEXT DUE 02/08/19 | | | | |
| 03/13/2019 | 002 | 184.00 | .00 | .00 | 26,773.54 | 03/13/2019 | 30 | A | | | 184.00 | .00 | MGEP |
| 02/01/2019 | 003 | | | | | 02/01/2019 | 29 | 900 | IEU    209.03 NEXT DUE 01/08/19 | | | | |
| 02/01/2019 | 002 | 199.94 | 534.94 | .00 | 26,773.54 | 01/31/2019 | 40 | A | | | 734.88 | .18 | R01X |
| 01/31/2019 | 003 | | | | | 01/31/2019 | 29 | 900 | IEU    .00 NEXT DUE 03/08/19 | | | | |
| 01/31/2019 | 002 | 199.94 | 534.94 | .00 | 26,238.60 | 01/31/2019 | 30 | A | VOID | | 734.88 | .00 | ACHP |
| 01/09/2019 | 003 | | | | | 01/09/2019 | 29 | 900 | IEU    .00 NEXT DUE 01/08/19 | | | | |
| 01/09/2019 | 002 | 258.99 | 475.87 | .00 | 26,773.54 | 01/09/2019 | 30 | A | | | 734.86 | .00 | ACHP |
| 12/12/2018 | 003 | | | | | 12/12/2018 | 29 | 900 | IEU    .00 NEXT DUE 12/08/18 | | | | |
| 12/12/2018 | 002 | 294.79 | 440.07 | .00 | 27,249.41 | 12/12/2018 | 30 | A | | | 734.86 | .00 | ACHP |
| 11/14/2018 | 003 | | | | | 11/14/2018 | 29 | 900 | IEU    31.61 NEXT DUE 11/08/18 | | | | |
| 11/14/2018 | 002 | 551.15 | .00 | .00 | 27,689.48 | 11/14/2018 | 30 | A | | | 551.15 | .00 | ACHP |
| 09/13/2018 | 003 | | | | | 09/13/2018 | 29 | 900 | IEU    .00 NEXT DUE 10/08/18 | | | | |
| 09/13/2018 | 002 | 471.31 | 79.84 | .00 | 27,689.48 | 09/13/2018 | 30 | A | | | 551.15 | .00 | ACHP |
| 08/08/2018 | 001 | .00 | 27,769.32 | | 27,769.32 | 07/25/2018 | 22 | | | | .00 | 131.96 | |

Exhibit C

*Page 3 o*



## Payoff Quote Report

*Date:* 9/5/2024
*Time:* 9:44:03AM

| Account #: ▮▮▮▮▮▮ | Borrower: CLAUDIA A NESMITH | Payoff Date | 09/05/2024 | Log Option | YES |
|---|---|---|---|---|---|

| Name | Payoff Balance | Current Balance | Effective Date Adjustment |
|---|---|---|---|
| Principal | 20,333.08 | 20,333.08 | |
| Interest | 1,696.16 | 1,696.15 | .00 |
| Insurance | .00 | .00 | .00 |
| DealerReb | .00 | .00 | .00 |
| LateFees | .00 | .00 | |
| OtherCharges | .00 | .00 | |
| MiscFees | .00 | .00 | |
| MinInt | .00 | .00 | .00 |
| ExtensionFees | .00 | .00 | |
| TermFees | .00 | .00 | .00 |
| AdvanceFees | .00 | .00 | |
| FeeRebate | .00 | .00 | .00 |
| TOTAL PAYOFF | 22,029.23 | ADJ DAYS | 0 |
| TOT OL PRIN | .00 | GOOD THRU | 09/05/2024 |
| TOT OL OTH | .00 | TOT CUR PER DIEM | .000000000000 |

| CALC | 5 | ACCR RT1 | 0.00000 | INT START DT | 07/25/2018 |
|---|---|---|---|---|---|
| PYMT MODE | | PREV 1 RT1 | 08/09/2024  0.00000 | NOTE DT | 07/25/2018 |
| DISP | | PREV 2 RT1 | 07/25/2018  12.39000 | MATURITY DT | 08/08/2024 |
| COLL | 7000 | PREV 3 RT 1 | 00/00/0000  0.00000 | ORG MAT DT | 08/08/2024 |
| CUR MONTHS RUN | 000 | CURRENT78_FACTOR | 0.00000 | CUR PRIN DUE DT | 08/08/2024 |
| PRJ MONTHS RUN | 0000 | PRJ 78 FACTOR | 0.00000 | PST PRIN DUE DT | 03/08/2022 |
| CUR TERM NUM | 073 | CUR AS IF BAL | 0.00 | CUR INT DUE DT | 00/00/0000 |
| ORG TERM NUM | 073 | PRJ AS IF BAL | 0.00 | CYC END DT | 00/00/0000 |
| VIN | 1HGCV1F46JA092260 | MODEL YR | 18 | MANUF CD | HONDA |
| MODEL CD | ACCORD | | | | |

| Name | Payoff Balance | Current Balance | Effective Date Adjustment |
|---|---|---|---|
| IntOwe | 1,696.16 | 1,696.15 | .00 |
| IntLost | .00 | 1,696.16 | -1,696.16 |
| IntAdjustCTD | .00 | .00 | .00 |
| InsIntRebate | .00 | .00 | .00 |
| TOTAL INTEREST | 1,696.16 | 3,392.31 | -1,696.16 |