# THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : Bankruptcy No. 22-13283-AMC |
| Claudia A. Nesmith | : |
| | : |
| Debtor. | : Chapter 13 |
| | : |
| Capital One Auto Finance, | : |
| a division of Capital One, N.A. | : |
| | : |
| Claimant/ Respondent | : |
| | : |

## CERTIFICATE OF SERVICE

I certify that on <u>September 25, 2024</u> I caused to be served a true and correct copy of the foregoing Response to Debtor's objection to claim no. 3 by electronic mail or by first class mail with postage prepaid on the following:

Via US Mail
Claudia A. Nesmith
7000 N 12th St
Philadelphia, PA 19126-2101

Via CM / ECF / NEF
MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102
help@cibiklaw.com

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107
ecfemails@ph13trustee.com

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street

Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov

*/s/Cathy Bush*
Cathy Bush
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118