# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re:

    Claudia A. Nesmith,

                  Debtor.

Case No. 22-13283-AMC

Chapter 13

## Praecipe to Withdraw Document

To the Clerk of Court:

Please withdraw the Debtor's Objection to Claim Number 3, which was filed with the Court on August 23, 2024, as ECF No. 59. Thank you.

Date: September 25, 2024

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com